Macey & Aleman, PC
Carlene M. Simmons 022280
101 N. 1st Ave., Suite 2430
Phoenix, AZ 85003
Telephone (602) 279-1555
Facsimile (602) 279-5544

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE, | In Proceedings Under Chapter 13 |
| MARYAM E ARAUJO | Case No.: 2:08-bk-04871-RJH |
| and | |
| JUAN A ARAUJO-GONZALEZ | MOTION FOR MORATORIUM OF CHAPTER 13 PLAN PAYMENTS |
| Debtors, | |

Comes now the Debtors above-named, by and through counsel, Carlene M. Simmons, and move this Court for its Order for Moratorium of Chapter 13 Plan Payments. As grounds therefore, Debtor states and alleges as follows:

1. The Chapter 13 Plan in the above captioned action provided, *inter-alia*, that the Debtor shall pay to the Chapter 13 Trustee the sum of $425.00 per month for 36 months, commencing on May 29, 2008.

2. As of this date Debtors are not delinquent on their Chapter 13 Plan payments.

3. Debtor lost his second job in July, 2008.

4. Due to loss of this income Debtors have incurred arrears in their mortgage in order to stay current on their Chapter 13 Plan payments.

5. In discussions with Debtor, he asserted that he is actively pursuing replacement second employment and hopes to have a new position in 2010. The four Plan payments to be missed, along with any additional interest due to the Chapter 13

Trustee from the Debtors shall be rectified by extending the Chapter 13 Plan to 40 months.

6. No parties shall be adversely affected by the granting of this Motion

WHEREFORE, the Debtors move this Court for its Order for Moratorium of Chapter 13 Plan Payments, and for such other relief as this Court may deem just and proper.

RESPECTFULLY SUBMITTED this 26th day of December, 2009.

By /s/Carlene M. Simmons
Carlene M. Simmons
101 North 1st Ave, Suite 2430
Phoenix, AZ 85003

Copy of the foregoing mailed/
Delivered this 26th day of December,
2009 to:

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434